1058

[No. 46748-4-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN SUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07679-4, Carol A. Schapira, J., entered April 14, 2000. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Webster, J.

[No. 46849-9-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CALIXTRO LATOGA NALAM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01984-7, Charles S. French, J., entered May 23, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46927-4-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHETANA MACRAE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01465-7, Deborah D. Fleck, J., entered July 3, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47122-8-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ALLEN BUIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02497-1, Patricia H. Aitken, J., entered July 24, 2000. *Affirmed* by unpublished per curiam opinion.